AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

FILED
MAY - 6 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

John E. Miller
Stanley Taylor; Plaintiff   Joseph Richardson;
Carl Danburg;    v.    Major Holman;
Thomas Carrol;         Eight John Doe
Elizabeth Burris;              Defendants.
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 08 - 7

I, John E. Miller , declare that I am the (check appropriate box)

[X] Petitioner/Plaintiff/Movant      [ ] Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  [X] Yes  [ ] No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration  Delaware Correctional Center, 1181 Paddock rd.

   **Inmate Identification Number (Required):** 159105

   Are you employed at the institution? No  Do you receive any payment from the institution? No

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?  [ ] Yes  [X] No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   (b.) If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. January 10, 2002. $23.00 Sussex Corr. I Inmate Work

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | | X |
   | b. | Rent payments, interest or dividends | | X |
   | c. | Pensions, annuities or life insurance payments | | X |
   | d. | Disability or workers compensation payments | | X |
   | e. | Gifts or inheritances | | X |
   | f. | Any other sources | X | |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive. When I was in maximum security, I didn't get money from home, inmates would have thier

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

Familys send me money and I would go to commissary for them and keep a percentage for myself. I'm not in maximum security now and people dont need me to go to the store for them where I'm at now and so I dont expect to be getting any money any time soon.

4. Do you have any cash or checking or savings accounts?   ·· Yes   ✗ No

   If "Yes" state the total amount $ _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
   ·· Yes   ✗ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.

   None.

   I declare under penalty of perjury that the above information is true and correct.

   5/1/08
   DATE

   John E. Miller
   SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# DELAWARE CORRECTIONAL CENTER
## SUPPORT SERVICES OFFICE
## MEMORANDUM

TO: John Miller   SBI#: 159105

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: April 10, 2008

FILED
MAY - 6 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

---

Attached are copies of your inmate account statement for the months of October 1, 2007 to March 31, 2008.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Oct | 56 |
| Nov | 0 |
| Dec | 0 |
| Jan | 0 |
| Feb | 0 |
| March | 0 |

Average daily balances/6 months: .09

Attachments
CC: File

Stacy Shane
4/10/08

Jeanette A. Hax
4/10/08