(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
MAY - 6 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(1) John E. Miller    159105
(Name of Plaintiff)    (Inmate Number)

1181 Paddock rd.
Smyrna, DE 19977
(Complete Address with zip code)

08 - 271

(2) _____
(Name of Plaintiff)    (Inmate Number)

(Case Number)
( to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.  (4) Elizabeth Burris;

(1) Stanley Taylor;   (5) Joseph Richardson;

(2) Carl Danburg;    (6) Major Holman;

(3) Thomas Carroll;  (7-14) Eight John Doe
(Names of Defendants)    defendants.

CIVIL COMPLAINT

✓ Jury Trial Requested

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

I.  PREVIOUS LAWSUITS

A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

This is all the information I have:

Kristi Dale and John Miller vs. State of Delaware;
Case No. 00 CV 0091.

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes  • • No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ✓ Yes  • • No

C. If your answer to "B" is Yes:

1. What steps did you take? I filed numerous grievances.

2. What was the result? Some were denied, some rejected.

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Stanley Taylor

Employed as Commissioner at Department of Corrections

Mailing address with zip code: Delaware Department of Corrections, Administrative Facilities, Central Administration Building, 245 McKee rd., Dover, DE 19904

(2) Name of second defendant: Carl Danburg

Employed as Commissioner at Department of Corrections

Mailing address with zip code: Delaware Department of Corrections, Administrative Facilities, Central Administration Building, 245 McKee rd., Dover, DE 19904

(3) Name of third defendant: Thomas Carroll

Employed as Warden at Delaware Correctional Center

Mailing address with zip code: 1181 Paddock rd., Smyrna, DE 19977.

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

(Over on Back) ↓

(4) Elizabeth Burris - Acting Warden - Delaware Correctional Center
1181 Paddock rd., Smyrna, DE 19977

(5) Joseph Richardson - Internal Affairs - Delaware Correctional Center
1181 Paddock rd., Smyrna, DE 19977

(6) Major Holman - Officer - Delaware Correctional Center
1181 Paddock rd., Smyrna, DE 19977

(7-14) Eight John Doe defendants - Officers - Delaware Correctional Center, 1181 Paddock rd., Smyrna, DE 19977

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On 11/4/06, 2/14/07, 6/10/07, 7/20/07, and 8/7/07, I wrote the Commissioner, Warden, Internal Affairs, and Major Holman, explaining that I was being threatened/assaulted by Correction Officers and requested they intervien to stop them and protect me, nothing was done. I gave them the name of the officer primarily involv

2. On 6/13/07, 7/9/07, 7/26/07, 9/5/07, 9/26/07, 11/15/07, and 12/6/07, I filed grievances requesting intervention to stop them, nothing was done.

3. On 6/7/07 - 6/10/07, 6/19/07, 8/17/07 I was assaulted by Correction Officers

4. On 6/10/07, 6/20/07, 6/27/07, 8/19/07, 8/24/07, 8/30/07 I was treated by medical for the injurys I received from the assaults (cracked adams apple, taser barb punctures, forehead skin abrasions, chipped tooth, cuts on head and brow, concussion, torn sholder cuff, hurt back, busted vien in head, blurred vision

(Continued on Back) →

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like: 1) $200,000.00 ; 2) Examinations to determine the extent of my injurys; 3) Operations to fix my injurys or thier monetary equilivant; 4) Reimbursement for medical expenses.

3

I declare under penalty of perjury that the foregoing is true and correct.

Date: 5/1/08

John E. Miller
John E. Miller #159105

5. On 6/26/07, 6/26/07- 6/28/07, 6/28/07, 8/12/07 I wrote and/or spoke to mental Health and other staff about who was threatening me and why and that I was being assaulted.

6. Everything above is documented in one way or another, I've also made 15-20 undocumented complaints, among other stuff.

I/M John E. miller
SBI# 159105    UNIT 22, B-U-2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the Court
U.S. District Court
Lockbox 18
844 N. King St.
Wilm., DE  19801

Delaware Correctional Center
1181 Paddock rd.
Smyrna, DE 19977

Clerk of the Court
U.S. District Court
Lockbox 18
844 N. King St.
Wilm., DE 19801

08-271

FILED
MAY - 6 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Clerk of the Court,

    Hi. The law library said I didn't have to send all the copies of my complaint now because it would be wasteing prison resources if the complaint was rejected. They said they would make the additional copies and I could send them with the Marshall forms if the complaint was accepted by the Court.
    Enclosed is:
1. An "Application to proceed without prepayment of fees and affidavit"(Forma Pauperus Motion).
2. A certified/Notorized 6 month account statement for the "Application to proceed without prepayment...".
3. One original and 2 copies of the Original Complaint.

Please File/docket the enclosed.

(OVER)

Thank you very much for your time and trouble.

5/1/08

Respectfully,
John E. Miller #159105