Delaware Correctional Center
1181 Paddock rd.
Smyrna, DE 19977

Office of the Clerk
United States District Court
844 N. King St., Lockbox 18
Wilm., DE 19801



FILED
MAY 23 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PO Scanned

RE: Miller v. Taylor et al; Case No. 08-271-JJF.

Dear Clerk,

  Hi. I received an order from the Court saying I needed to complete and return to the Clerk of the Court the enclosed Authorization form.

  Thank you very much for your time and trouble.

5/21/08

Sincerely,
John E. Miller #159105