IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN E. MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-271-JJF |
| | ) |
| COMMISSIONER STANLEY TAYLOR, | ) |
| COMMISSIONER D.O.C. | ) |
| CARL DANBURG, | ) |
| DCC WARDEN THOMAS CARROLL, | ) |
| ACTING WARDEN ELIZABETH BURRIS, | ) |
| JOSEPH RICHARDSON, | ) |
| MAJOR HOLMAN, EIGHT JOHN DOES, | ) |
| | ) |
| Defendants. | ) |

**AUTHORIZATION**



I, John E. Miller, SBI #159105 request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated 5/16/08 (may 16th), 2008.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 5/21, 2008.

_John E. Miller_
Signature of Plaintiff

I/M John E. Miller
SBI# 159105   UNIT 22, B-U-2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilm, DE   19801