IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN E. MILLER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 08-271-JJF |
| | : | |
| COMMISSIONER STANLEY TAYLOR, COMMISSIONER D.O.C. CARL DANBURG, DCC WARDEN THOMAS CARROLL, ACTING WARDEN ELIZABETH BURRIS, JOSEPH RICHARDSON, MAJOR HOLMAN, and EIGHT JOHN DOES, | : | |

**ORDER**

Plaintiff having satisfied the filing prerequisites of 28 U.S.C. § 1915A and the Court having identified what appear to be cognizable claims within the meaning of 28 U.S.C. § 1915A(b);

IT IS ORDERED that:

1. The Clerk of the Court shall cause a copy of this Order to be mailed to Plaintiff.

2. The Complaint lists Eight John Doe Defendants. When Plaintiff learns the identities of the John Doe Defendants, he shall immediately move the Court for an order directing amendment of the caption and service of the Complaint on them.

3. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), Plaintiff shall complete and return to the Clerk of the Court signed, **original** "U.S. Marshal-285" forms for **Defendants**, as well as for the Attorney General of the State of Delaware, 820 N. FRENCH STREET, WILMINGTON, DELAWARE, 19801, pursuant to DEL. CODE

ANN. tit. 10 § 3103(c).  **Plaintiff shall also provide the Court with copies of the Complaint (D.I. 2) for service upon Defendants and the Attorney General.  Plaintiff is notified that the United States Marshal will not serve the Complaint until all "U.S. Marshal 285" forms and copies of the Complaint have been received by the Clerk of the Court.  Failure to provide the "U.S. Marshal 285" forms and copies of Complaints for Defendants and the Attorney General within 120 days from the date of this Order may result in the Complaint being dismissed or Defendants being dismissed pursuant to Federal Rule of Civil Procedure 4(m).**

    4.  Upon receipt of the form(s) required by paragraph 3 above, the United States Marshal shall forthwith serve a copy of the Complaint (D.I. 2), this Order, a "Notice of Lawsuit" form, the filing fee order(s), and a "Return of Waiver" form upon the Defendant so identified in each 285 form.

    5.  Within **thirty (30) days** from the date that the "Notice of Lawsuit" and "Return of Waiver" forms are sent, if an executed "Waiver of Service of Summons" form has not been received from a Defendant, the United States Marshal shall personally serve said Defendant pursuant to Fed. R. Civ. P. 4(c)(2) and said Defendant shall be required to bear the cost related to such service, unless good cause is shown for failure to sign and return the waiver.

    6.  Pursuant to Fed. R. Civ. P. 4(d)(3), a Defendant who,

before being served with process timely returns a waiver as requested, is required to answer or otherwise respond to the complaint within **sixty (60) days** from the date upon which the complaint, this order, the "Notice of Lawsuit" form, and the "Return of Waiver" form are sent. If a defendant responds by way of a motion, said motion shall be accompanied by a brief or a memorandum of points and authorities and any supporting affidavits.

    7. No communication, including pleadings, briefs, statement of position, etc., will be considered by the Court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

    8. **NOTE:** *** When an amended complaint is filed prior to service, the Court will **VACATE** all previous service orders entered, and service **will not take place**. An amended complaint filed prior to service shall be subject to re-screening pursuant to 28 U.S.C. § 1915(e)(2) and § 1915A(a). ***

    9. **NOTE:** *** Discovery motions and motions for appointment of counsel filed prior to service will be dismissed without prejudice, with leave to refile following service. ***

_____July 29, 2008_____     _____[signature]_____
DATE                              UNITED STATES DISTRICT JUDGE